No. 93–8710.   MITCHELL v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 93–8716.   CORUGEDO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 93–8719.   FLOWERS v. JORDAN, ADMINISTRATOR, WISCONSIN DIVISION OF PROBATION AND PAROLE.   C. A. 7th Cir.   Certiorari denied.

No. 93–8720.   McKAY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 93–8721.   RIVERA v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 93–8724.   SALTER v. WHITLEY, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 93–8727.   POOLE v. HOLLAND, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 93–8731.   JACKSON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–8732.   MARTINEZ v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 93–8739.   STEINBRONN v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir.   Certiorari denied.

No. 93–8757.   WOLFE v. CALIFORNIA ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 93–8778.   SEI YOUNG CHOI v. PARMET ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 93–8824.   FLOYD ET AL. v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 93–8842.   MACKEY v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 93–8848.   SENICH v. LAMBDIN.   C. A. 11th Cir.   Certiorari denied.

No. 93–8851.   BAKER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.